IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CIVIL ACTION NO. 1:11-CV-530 |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **TRACIE JO GENTZYEL** and : | |
| **DENNIS E. GENTZYEL,** : | |
| Defendants : | |

**O R D E R**

AND NOW, this 8th day of March, 2012, upon consideration of plaintiff's motion for confirmation of public sale (Doc. 13), which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED that said motion is GRANTED as follows:

1. The public sale held on November 30, 2011, is hereby confirmed and the interest of all lien holders are divested.

2. The Marshal is ordered and directed to execute and deliver to Olga Levi, her successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of TRACIE JO GENTZYEL and DENNIS E. GENTZYEL in and to the premises sold located at 224 Linwood Drive, Lock Have, PA 17745.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. Jurisdiction is retained for such further orders or decrees as may be necessary.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge